UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHRIS SEVIER           ]
     Plaintiff,        ]
                       ]
v.                     ]     No.3:13-1098
                       ]     Judge Campbell
JOHN RICH, et al.      ]
     Defendants.       ]

### O R D E R

On October 7, 2013, the plaintiff filed an application to proceed in forma pauperis (Docket Entry No.2).

Upon review of the application, the Court determined that it did not have enough information to rule upon its merits. Accordingly, an order (Docket Entry No.3) was entered on October 16, 2013, granting the plaintiff thirty (30) days in which to either pay the full filing fee or submit a signed statement setting forth with specificity the sources and amounts of any income, benefits, or assets he used to support himself for the past twelve month period. The plaintiff was forewarned that, should he fail to comply with these instructions within the specified period of time, his application would be denied.

The thirty day period has long since past and the plaintiff has not yet complied with the Court's instructions. As a consequence, the plaintiff's application to proceed in forma

pauperis is hereby DENIED.

The plaintiff is GRANTED thirty (30) days from the date of entry of this order on the docket in which to pay the full filing fee of four hundred dollars ($400). Should the plaintiff fail to do so, this action will be dismissed for failure to comply and for want of prosecution. Rule 41(b), Fed.R.Civ.P.

It is so ORDERED.

_____
Todd Campbell
United States District Judge