UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHRIS SEVIER ] | |
|     Plaintiff, ] | |
| ] | |
| v. ] | No. 3:13-1098 |
| ] | Judge Campbell |
| JOHN RICH, et al. ] | |
|     Defendants. ] | |

## O R D E R

On December 11, 2013, an order (Docket Entry No. 6) was entered denying the plaintiff's application (Docket Entry No. 2) to proceed in forma pauperis. At that time, the plaintiff was granted thirty (30) days in which to submit the fee ($400) required to file his complaint.

The thirty day period has expired and the plaintiff has not yet complied with the instructions of the Court by paying the full filing fee.

Accordingly, this action is hereby DISMISSED for failure to comply with the instructions of the Court and for want of prosecution. Rule 41(b), Fed. R. Civ. P. The dismissal has rendered MOOT the plaintiff's pending Notice (Docket Entry No. 7) and Motion (Docket Entry No. 8).

It is so ORDERED.

                                                Todd Campbell
                                                United States District Judge