# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **CHRIS SEVIER** ] | |
|     Plaintiff, ] | |
| ] | |
| **v.** ] | No. 3:13-1098 |
| ] | Judge Campbell |
| **JOHN RICH, et al.** ] | |
|     Defendants. ] | |

## O R D E R

The instant action was dismissed for plaintiff's failure to comply with the Court's instructions and for want of prosecution. *See* Docket Entry No. 10.

The plaintiff then filed a Motion for Reconsideration (Docket Entry No. 12) and a thirty one (31) page Memorandum (Docket Entry No. 13) in support of said Motion.

By an order (Docket Entry No. 14) entered January 27, 2014, the Motion for Reconsideration was found to be without merit and was denied.

Presently before the Court is the plaintiff's second Motion for Reconsideration. Docket Entry Nos. 15 and 16.[1]

In it, the plaintiff states that "this Court was engaging in discrimination against a combat veteran". Docket Entry No. 16 at pg. 7. He furthered questions the Court "given its decision making regarding something as insignificant as the filing fee". *Id.* at pg. 9. Finally, the plaintiff justifies his failure to timely respond to the Court's instructions by characterizing it not as a matter of disrespect,

---

[1] The plaintiff filed identical Motions for Reconsideration four days apart.

but as "a matter of spiritual warfare". *Id.* at pg. 10.

The plaintiff has failed to demonstrate that this action was dismissed in error. His second Motion for Reconsideration, therefore, is hereby DENIED.

It is so ORDERED.

*Todd Campbell*
Todd Campbell
United States District Judge